No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin, J., dissented.

In the Matter of Isidore Oshlag.— Referee's report approved and proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morris Park Estates, Respondent, v. Fanny Fabricant, Appellant. (2 cases.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Mary Wessel, Respondent, v. Albert J. Schwarzler, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

May Wessel, Respondent, v. Albert J. Schwarzler, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Frank J. Lennon Company, Appellant, v. New York Mail Company, Respondent. (Actions Nos. 2–6.) — Determinations affirmed, with costs. No opinion. Present— Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Frederick A. Jones, Appellant, v. William H. Woodin and Others, Respondents.— Orders affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Frederick A. Jones, Appellant, v. William H. Woodin and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Hyman Rossman, Respondent, v. Hensle Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.; Laughlin, J., dissented.

The Equitable Life Assurance Society of the United States, Respondent, v. Ella N. Seiniger, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Frieda Martin, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. Elfreda Ziegenhain, Respondent, v. Herman Ziegenhain, Appellant.— Judgment affirmed, with costs. No opinion. Present— Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Samuel Jackson and Others, Respondents, v. New York Contracting Company — Pennsylvania Terminal, and Another, Appellants.— Judgment and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Moritz Walter and Others, Individually and as Committee of the Person and Property of Herman N. Walter, an Incompetent, Appellants, v. Anna Kuthe Walter, Respondent. (3 cases.) — Orders affirmed, with ten dol-